UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.M. BUSTO, The First, | No. 2:21-cv-0558 KJM DB PS |
| Plaintiff, | |
| v. | ORDER |
| CHEVRON CORP., | |
| Defendant. | |

Plaintiff is proceeding pro se with the above-entitled action. The matter was referred to a United States Magistrate Judge as provided by Local Rule 302(c)(21). On April 23, 2021, the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within thirty days after service of the findings and recommendations. The court construes the filings at ECF Nos. 5, 7, 8, 9, and 10 as objections. The court has reviewed the file *de novo* and adopts the Magistrate Judge's findings and recommendations in full.

**CONCLUSION**

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 23, 2021 (ECF No. 4) are adopted in full;

1

    2. Plaintiff's March 25, 2021 application to proceed in forma pauperis (ECF No. 2) is denied;

    3. Plaintiff's March 25, 2021 complaint (ECF No. 1) is dismissed without leave to amend; and

    4. This action is closed.

DATED: September 16, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE